**Dismiss and Opinion Filed March 22, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01037-CV

**IGLESIA LUTERANA SANTA MARIA DE GUADALUPE E.L.C.A. A/K/A
IGLESIA LUTERANA SANTA MARIA DE GUADALUPE-NALC,
Appellant
V.
LUIS REYES, EVANGELICAL LUTHERAN CHURCH IN AMERICA, NT-
NL SYNOD OF THE ELCA, Appellees**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-03556**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated February 9, 2021, we notified appellant the time for filing its brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file its brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Lana Myers/
LANA MYERS
JUSTICE

201037F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IGLESIA LUTERANA SANTA
MARIA DE GUADALUPE E.L.C.A.
A/K/A IGLESIA LUTERANA
SANTA MARIA DE
GUADALUPE-NALC, Appellant

No. 05-20-01037-CV          V.

LUIS REYES, EVANGELICAL
LUTHERAN CHURCH IN
AMERICA, NT-NL SYNOD OF
THE ELCA, Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-03556.
Opinion delivered by Justice Myers.
Justices Osborne and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees LUIS REYES, EVANGELICAL
LUTHERAN CHURCH IN AMERICA, NT-NL SYNOD OF THE ELCA recover
their costs of this appeal from appellant IGLESIA LUTERANA SANTA MARIA
DE GUADALUPE E.L.C.A. A/K/A IGLESIA LUTERANA SANTA MARIA DE
GUADALUPE-NALC.

Judgment entered this 22nd day of March, 2021.